FILED
GREAT FALLS D.V.
2011 APR 21 AM 10 42
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| EDWARD T. MOORE,<br><br>           Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>           Defendant. | No. CV-10-36-GF-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] on March 30, 2011. Defendant filed Objections[2] on April 18, 2011. The Court reviews *de novo* findings and recommendations to which objection is made. See 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's

---

[1] Document No. 29

[2] Document No. 30

Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Motion for Summary Judgment[3] is GRANTED.

2. The Commissioner's Motion for Summary Judgment[4] is DENIED.

3. This case is REMANDED for further administrative proceedings consistent with the Findings and Recommendations.

4. The Clerk of Court is directed to enter judgment accordingly.

DATED this 20th day of April, 2011.

SAM E. HADDON
United States District Judge

---

[3] Document No. 17

[4] Document No. 24